1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD SANTOS,

11            Plaintiff,                No. CIV S-08-0315 FCD GGH P

12        vs.

13   SINGH, et al.,

14            Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed March 11, 2008 plaintiff was ordered to file a completed in

17   forma pauperis affidavit and a certified copy of his prison trust account statement within thirty

18   days and was cautioned that failure to do so would result in a recommendation that this action be

19   dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's

20   order and has not filed a completed in forma pauperis affidavit or a certified copy of his prison

21   trust account statement.  Accordingly, IT IS HEREBY RECOMMENDED that this action be

22   dismissed without prejudice.

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

2   shall be served and filed within ten days after service of the objections.  The parties are advised

3   that failure to file objections within the specified time may waive the right to appeal the District

4   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5   DATED: 06/05/08

                                    /s/ Gregory G. Hollows

6                                   _____
                                    UNITED STATES MAGISTRATE JUDGE

7   GGH:035
    sant0315.fifp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26