IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD SANTOS,

        Plaintiff,                 No. CIV S-08-0315 FCD GGH P

    vs.

SINGH, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA).

        On June 5, 2008, the court recommended that this action be dismissed for plaintiff's failure to file an application to proceed in forma pauperis.  On June 24, 2008, plaintiff filed an application to proceed in forma pauperis.  On June 27, 2008, plaintiff filed a trust fund account statement.  Good cause appearing, the findings and recommendations are vacated.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

/////

/////

/////

1

1    Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

2    U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently

3    without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

4    § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding

5    month's income credited to plaintiff's prison trust account.  These payments shall be collected

6    and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

7    plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

8    On February 11, 2008, plaintiff filed the original complaint.  On March 10, 2008,

9    plaintiff filed an amended complaint.  This document refers to the original complaint, although it

10    does not identify the defendants.  It appears that plaintiff is relying on both the original and

11    amended complaint to state his claims.  Piecemeal amendment of complaints is not permitted.

12    Local Rule 15-220 requires that an amended complaint be complete in itself without reference to

13    any prior pleading.  This is because, as a general rule, an amended complaint supersedes the

14    original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

15    Plaintiff's amended complaint does not comply with Local Rule 15-220 because it

16    is not complete in and of itself.  Accordingly, the original and amended complaints are dismissed

17    with leave to file a second amended complaint.  The second amended complaint must contain all

18    claims against all defendants and may not rely on other pleadings.

19    In accordance with the above, IT IS HEREBY ORDERED that:

20    1. The June 5, 2008, findings and recommendations are vacated;

21    2. Plaintiff's request for leave to proceed in forma pauperis is granted.

22    3.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

23    The fee shall be collected and paid in accordance with this court's order to the Director of the

24    California Department of Corrections and Rehabilitation filed concurrently herewith.

25    /////

26    /////

2

3.  The complaint and amended complaint are dismissed for the reasons discussed above, with leave to file a second amended complaint within thirty days from the date of service of this order.  Failure to file a second amended complaint will result in a recommendation that the action be dismissed.

DATED: 07/17/08                                    /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

santos.b