IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD SANTOS,

        Plaintiff,                   No. CIV S-08-0315 FCD GGH P

    vs.

SINGH, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested a six month extension of time to file an amended complaint pursuant to the court's order of July 18, 2008. Plaintiff states that in six months he will be released and have a better chance of finding legal representation. Plaintiff has not shown good cause for an extension of time.

        Accordingly, I IS HEREBY ORDERED that:

        1. Plaintiff's August 5, 2008 request for an extension of time (Docket #17) is denied; and

/////

/////

/////

/////

2. Plaintiff's amended complaint is due within thirty days of the date of this order.

DATED: 08/14/08         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
sant0315.36(2)