1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD SANTOS,

11                Plaintiff,                No. CIV S-08-0315 FCD GGH P

12        vs.

13   SINGH, et al.,

14                Defendants.        FINDINGS & RECOMMENDATIONS

15   _____/

16             By order filed July 18, 2008, the court granted plaintiff thirty days to file a second

17   amended complaint.  In the July 18th order, the court informed plaintiff of the deficiencies in his

18   amended complaint.  On August 14, 2008, plaintiff was granted a thirty-day extension of time.

19   The thirty day period has now expired, and plaintiff has not filed a second amended complaint or

20   otherwise responded to the court's order.

21             For the reasons given in the July 18, 2008, order, IT IS HEREBY

22   RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 11-110; Fed. R.

23   Civ. P. 41(b).

24             These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

26   twenty days after being served with these findings and recommendations, plaintiff may file

1

1    written objections with the court.  The document should be captioned "Objections to Magistrate

2    Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

3    within the specified time may waive the right to appeal the District Court's order.

4    DATED: 10/30/08

                                              /s/ Gregory G. Hollows

5                                             _____

6                                             GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

7    GGH:035
     sant0315.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26