IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD SANTOS,

      Plaintiff,                      No. CIV S-08-0315 FCD GGH P

    vs.

SINGH, et al.,

      Defendants.              ORDER

_____/

        By order filed July 18, 2008, the court granted plaintiff thirty days to file a second amended complaint. In the July 18th order, the court informed plaintiff of the deficiencies in his amended complaint. On August 14, 2008, plaintiff was granted a thirty-day extension of time. On October 30, 2008, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint or otherwise respond to the court's order.

        On November 24, 2008, plaintiff filed an objection to the findings and recommendations alleging that he was unable to file his amended complaint because his property was missing due to his being transferred to another prison and a subsequent prison riot that resulted in an extended lock down.

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 30, 2008, are vacated;

2. Plaintiff is granted sixty days from the date of this order to file his amended complaint; failure to file an amended complaint will result is the dismissal of the case.

3. No further requests for extensions of time will be granted.

DATED: December 9, 2008

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ggh: AB
sant0315.vac